JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIA RAMOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RECONTRUST CO., N.A., et al. <br><br> Defendants. | Case No. EDCV 13-000207 JGB (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

JS-6

Dated: March 1, 2013

JESUS G. BERNAL
United States District Judge